| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Garwood, William L. | 2. Court or Organization United States Court of Appeals for the Fifth Circuit | 3. Date of Report 06/14/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge - Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 903 San Jacinto, Room 300 Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (Joint Venture) | U.S. 183 Venture (See Section VIII continuation) |
| 2. Member | Salvation Army, Austin, Texas, Advisory Board |
| 3. Chairman | Texas Supreme Court Historical Society, Board of Directors |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Garwood , William L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 26.666% General Partnership interest in U.S. 183 Venture | B | Rent | L | U | | | | | |
| 2. | | | | | | | | | | |
| 3. | Assets held through Bank of America, Austin: | | | | | | | | | |
| 4. | Individual Retirement Account: | | | | | | | | | |
| 5. | Bank of America Cash Reserves Trust Class | A | Dividend | M | T | | | | | |
| 6. | (formerly Columbia Cash Reserves Trust Class) | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | Life Insurance policy with Prudential Insurance Company | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | | |
| 10. | Bank of America account, Austin | A | Interest | M | T | | | | | |
| 11. | Bank of America account, Austin | A | Interest | K | T | | | | | |
| 12. | Bank of America account, Austin | A | Interest | M | T | | | | | |
| 13. | Bank of America account, Austin | A | Interest | L | T | | | | | |
| 14. | | | | | | | | | | |
| 15. | T. Rowe Price Tax-Free Income Fund | C | Interest | L | T | | | | | |
| 16. | T. Rowe Price New Income Fund - IRA | C | Dividend | K | T | | | | | |
| 17. | T. Rowe Price Short-Intermediate Fund | B | Interest | M | T | Buy | 09/23/10 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/08/10 | L | | |
| 19. | | | | | | | | | |
| 20. Dreyfus Municipal Bond Fund, Inc. | B | Interest | K | T | | | | | |
| 21. Dreyfus Intermediate Municipal Bond Fund, Inc. | B | Interest | K | T | | | | | |
| 22. Dreyfus Municipal Bond Fund, Inc. | B | Interest | K | T | | | | | |
| 23. Dreyfus Intermediate Municipal Bond Fund, Inc. | B | Interest | K | T | | | | | |
| 24. | | | | | | | | | |
| 25. JPMorgan Chase Bank account, Austin | B | Interest | | | Matured | 03/10/10 | M | | |
| 26. JPMorgan Chase Bank account, Austin | A | Interest | J | T | Open | | | | |
| 27. Investment held through JPMorgan Chase Bank: | | | | | | | | | |
| 28. JP Morgan Municipal Income Fund Class C | D | Interest | M | T | Buy | 03/15/10 | M | | |
| 29. | | | | | | | | | |
| 30. Interest-Salt Creek Triangle Syndicate-Cupertino, CA | E | Royalty | L | W | | | | | |
| 31. (Salt Creek Field, Natrona County, WY) | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. Royalty Interest #1, Jackson County CO | A | Royalty | J | W | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Royalty Interest #2, Natrona County, WY | B | Royalty | J | W | | | | | |
| 36. | | | | | | | | | | |
| 37. | Royalty Interest #3, Fremont County, WY | C | Royalty | J | W | | | | | |
| 38. | | | | | | | | | | |
| 39. | Royalty Interest #4, Sweetwater County, WY | C | Royalty | J | W | | | | | |
| 40. | | | | | | | | | | |
| 41. | Royalty Interest #5, Moffat County, CO | A | Royalty | J | W | | | | | |
| 42. | | | | | | | | | | |
| 43. | Royalty Interest #6, Moffat County, CO | A | Royalty | J | W | | | | | |
| 44. | | | | | | | | | | |
| 45. | Royalty Interest #7, Sweetwater County, WY | D | Royalty | J | W | | | | | |
| 46. | | | | | | | | | | |
| 47. | Royalty Interest #8, Sweetwater County, WY | B | Royalty | K | W | | | | | |
| 48. | | | | | | | | | | |
| 49. | Royalty Interest #9, Sweetwater County, WY | B | Royalty | J | W | | | | | |
| 50. | | | | | | | | | | |
| 51. | Royalty Interest #10, Sweetwater County, WY | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | | | | | | |
| 53. | Mineral Interest #11, Undivided interest in 2.95097% mineral | | None | J | W | | | | | |
| 54. | interest in various surveys in Brooks County, TX | | | | | | | | | |
| 55. | | | | | | | | | | |
| 56. | Royalty Interest #12, Natrona County, WY | B | Royalty | J | W | | | | | |
| 57. | | | | | | | | | | |
| 58. | Mineral Interest #13, One-sixth undivided interest in tract | A | Royalty | J | W | | | | | |
| 59. | of land in Pike County, KY | | | | | | | | | |
| 60. | | | | | | | | | | |
| 61. | Royalty interest #1-10 & 12 are overriding royalties | | | | | | | | | |
| 62. | | | | | | | | | | |
| 63. | Investments held through Merrill Lynch: | | | | | | | | | |
| 64. | Ready Assets Prime Money | A | Dividend | O | T | | | | | |
| 65. | (formerly Merrill Lynch Ready Assets Trust) | | | | | | | | | |
| 66. | - Municipal Investment Trust Fund - 10th PUT Series | A | Interest | J | T | | | | | |
| 67. | Ready Assets Prime Money | A | Dividend | J | T | | | | | |
| 68. | (formerly Merrill Lynch Ready Assets Trust) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Ready Assets Prime Money | A | Dividend | P1 | T | | | | | |
| 70. | (formerly Merrill Lynch Ready Assets Trust) | | | | | | | | | |
| 71. | - Municipal Investment Trust Fund - 10th PUT Series | A | Interest | J | T | | | | | |
| 72. | | | | | | | | | | |
| 73. | Undivided 10/12ths of undivided acreage | | None | J | W | | | | | |
| 74. | ▨▨▨▨▨▨ possibly surface only, | | | | | | | | | |
| 75. | Liberty County, Texas | | | | | | | | | |
| 76. | | | | | | | | | | |
| 77. | Investments held through Bank of America (account 1): | | | | | | | | | |
| 78. | - Columbia Intermediate Municipal Bond Fund Class Z | E | Interest | O | T | | | | | |
| 79. | - Altera Corp Common | C | Dividend | N | T | | | | | |
| 80. | - Emerson Electric Co. Common | E | Dividend | O | T | | | | | |
| 81. | - Johnson & Johnson Common | E | Dividend | N | T | | | | | |
| 82. | - Pepsico Inc. Common | E | Dividend | O | T | | | | | |
| 83. | - Diageo Plc-Spr ADR (UK-USD) Common | E | Dividend | O | T | | | | | |
| 84. | - Abbott Labs Common | D | Dividend | N | T | | | | | |
| 85. | -Bank of America Corp Common | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Coca Cola Co. Common | D | Dividend | N | T | | | | | |
| 87. - General Mills Inc. Common | D | Dividend | N | T | | | | | |
| 88. - Texas St Pub Fin Auth Rev Bds 5.5% Due 2/1/11 | C | Interest | | | Sold | 02/01/10 | M | | |
| 89. - Applied Materials Inc. Common | C | Dividend | M | T | | | | | |
| 90. - Agilent Technologies Inc. Common | | None | N | T | | | | | |
| 91. - Pfizer Inc. Common | C | Dividend | M | T | Sold (part) | 03/08/10 | K | | |
| 92. - Qualcomm Inc. Common | D | Dividend | O | T | | | | | |
| 93. - Galveston Cnty Tex CTFS Oblig-OID 4.375% Due 2/1/11 | D | Interest | M | T | | | | | |
| 94. - College Station Tex G.O. Impt Bds-OID 4.25% Due 2/15/10 | C | Interest | | | Matured | 02/16/10 | M | A | |
| 95. - College Station Tex G.O. Impt Bds-OID 4.4% Due 2/15/11 | D | Interest | N | T | | | | | |
| 96. - Sheldon Tex ISD G.O. Sch Bldg Bds-OID 4.375% Due 2/15/11 | D | Interest | M | T | | | | | |
| 97. - Exxon Mobil Corp. Common | E | Dividend | O | T | Buy (add'l) | 05/28/10 | K | | |
| 98. - IShares Inc., MSCI Australia Index Rd | D | Dividend | N | T | | | | | |
| 99. - SLM Corp MTN Ser | C | Interest | M | T | | | | | |
| 100. - Laredo Tex ISD Pub Fac Corp Lease Bds-OID 3.2% Due 8/1/10 | C | Interest | | | Matured | 08/02/10 | M | | |
| 101. - Dominion Res Inc VA New Common | E | Dividend | N | T | | | | | |
| 102. - Ft Worth Tex Wtr & Swr Rev GO Ref Bds-OID 3.0% Due 2/15/10 | B | Interest | | | Matured | 02/16/10 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - McKinney Tex Indpt Sch Dist Ref Bds 3.5% Due 2/15/11 | D | Interest | M | T | | | | | |
| 104. Bank of America Tax-Exempt Reserves Trust Class | A | Interest | O | T | | | | | |
| 105. (formerly Columbia Tax-Exempt Reserves Trust Class) | | | | | | | | | |
| 106. - Bank Amer Corp (formerly Merrill Lynch & Co Inc Preferred) | D | Dividend | M | T | | | | | |
| 107. - Duke Energy Corp New Common | D | Dividend | M | T | | | | | |
| 108. - JP Morgan Chase & Co. Common | B | Dividend | N | T | | | | | |
| 109. - Morgan Stanley Common | B | Dividend | M | T | Sold (part) | 09/27/10 | K | | |
| 110. - Comal Tex Indpt Sch Dist G.O. Ref Bds-OID 3.5% Due 2/1/15 | C | Interest | M | T | | | | | |
| 111. - Huntsville Tex ISD G.O. Ref Bds-OID 4.0% Due 2/15/17 | D | Interest | M | T | | | | | |
| 112. - San Antonio Tex 2006 Obligs-OID 4.125% Due 2/1/19 | C | Interest | M | T | | | | | |
| 113. - Plano Tex Indpt Sch Dist G.O. Ref Bds-OID 4.0% Due 2/15/18 | C | Interest | M | T | | | | | |
| 114. - Gregory Portland Tex ISD GO Ref Bds 3.625% Due 2/15/13 | C | Interest | M | T | | | | | |
| 115. - Caterpillar Inc. Common | D | Dividend | N | T | | | | | |
| 116. - Spectra Energy Corp. Common (Spinoff from Duke Energy Co) | D | Dividend | M | T | | | | | |
| 117. - UBS AG Common | | None | | | Sold (part) | 05/24/10 | K | | |
| 118. | | | | | Sold | 06/01/10 | L | | |
| 119. - Baytown Tex G.O. Bds 4.0% Due 2/1/20 | C | Interest | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Houston Tex Cmnty College Sys 4.0% Due 2/15/21 | C | Interest | M | T | | | | | |
| 121. - Tomball Tx Indp Sch Dist 4.0% Due 2/15/21 | C | Interest | M | T | | | | | |
| 122. - Denton Cnty 4.0% Due 7/15/19 | C | Interest | M | T | | | | | |
| 123. - Deere & Co. | C | Dividend | N | T | Buy (add'l) | 05/24/10 | K | | |
| 124. | | | | | Buy (add'l) | 05/28/10 | K | | |
| 125. -Magnolia Tex Indpt Sch Dist 5.0% Due 8/15/22 | C | Interest | M | T | | | | | |
| 126. - Petroleo Brasileiro SA Petrobras Sponsored ADR | D | Dividend | N | T | | | | | |
| 127. - Bexar Cnty Tex HSG Fin Corp MU Bds 5.875% Due 4/1/14 | D | Interest | L | T | | | | | |
| 128. - Uptown Dev Auth Tex Tax Increm Rev Bds 4.0% Due 9/1/16 | C | Interest | L | T | | | | | |
| 129. - Brazos River Auth Tex Ref Coll Rev Bds 4.25% Due 12/1/17 | C | Interest | L | T | | | | | |
| 130. - Shiner Tex Tax Rev Bds-OID 4.0% Due 9/1/19 | C | Interest | L | T | | | | | |
| 131. - Harris Cnty Tex Health Facs Rev Bds-OID 5.2% Due 5/15/20 | C | Interest | L | T | Sold (part) | 05/17/10 | J | | |
| 132. - Nacogdoches Cnty Hosp Dist Ref Bds-OID 4.15% Due 5/15/20 | D | Interest | M | T | | | | | |
| 133. - Brazoria Cnty Tex Health Facs Rev Bds-OID 3.9% Due 7/1/13 | | None | L | T | Buy | 09/16/10 | M | | |
| 134. - Brazoria Cnty Tex Health Facs Rev Bds-OID 4.0% Due 7/1/14 | B | Interest | L | T | Buy | 01/13/10 | L | | |
| 135. - Brazoria Cnty Tex Health Facs Rev Bds 5.25% Due 7/1/17 | | None | K | T | Buy | 08/03/10 | K | | |
| 136. - Harrison Cnty Tex Health Facs Rev Bds-OID 4.0 % Due 7/1/17 | | None | L | T | Buy | 11/19/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Brazoria Cnty Tex Health Facs Rev Bds 5.25% Due 7/1/18 | A | Interest | K | T | Buy | 05/12/10 | K | | |
| 138. | | | | | Buy (add'l) | 08/24/10 | K | | |
| 139. - Harris Cnty Tex Mun Util Dist G.O. Bds-OID 3.8% Due 9/1/18 | B | Interest | L | T | Buy | 03/19/10 | L | | |
| 140. - Harris Cnty Mun Util Dist Ult Tax Bds-OID 4.5% Due 9/1/21 | A | Interest | K | T | Buy | 04/08/10 | K | | |
| 141. - Austin Tx Cnvtn Enterprise Ref Rev Bds 5.25% Due 1/1/17 | A | Interest | L | T | Buy | 03/19/10 | K | | |
| 142. - Reeves Cnty Tex STF Partn Taxable OID 6.4% Due 12/1/14 | B | Interest | | | Buy | 03/02/10 | K | | |
| 143. | | | | | Sold | 12/01/10 | K | | |
| 144. - Reeves Cnty Tex STF Partn Taxable OID 6.55% Due 12/1/16 | C | Interest | | | Buy | 03/02/10 | L | | |
| 145. | | | | | Sold | 12/01/10 | L | A | |
| 146. Gilmer Tex Wtrwks & Swr Sys Rev Bds-OID 4.8% due 7/1/14 | B | Interest | | | Buy | 07/13/10 | M | | |
| 147. | | | | | Sold | 12/10/10 | M | | |
| 148. | | | | | | | | | |
| 149. Investments held through Bank of America (account 2): | | | | | | | | | |
| 150. - Federal Farm Cr Bks Cons Bd 5.64% Due 4/4/11 | D | Interest | M | T | | | | | |
| 151. - Cedar Park Tex G.O. Bds-OID 4.3% Due 2/15/10 | C | Interest | | | Matured | 02/16/10 | M | | |
| 152. - Denison Tex Wtrwks & Swr Rev Bds-OID 4.15% Due 9/1/10 | C | Interest | | | Matured | 09/01/10 | L | | |
| 153. - Denton Tex Util Sys Rev Bds-OID 4.25% Due 12/1/10 | D | Interest | | | Matured | 12/01/10 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 06/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Laredo Tx Indp Sch Dist Ref Bldg Bds-OID 4.2% Due 8/1/11 | C | Interest | L | T | | | | | |
| 155. - Texas St Pub Fin Auth Rev Bds-OID 4.375% Due 11/1/11 | C | Interest | M | T | | | | | |
| 156. - Abilene Tex G.O. Bds-OID 4.4% Due 2/15/12 | D | Interest | M | T | | | | | |
| 157. - Tomball Tex ISD GO Sch Hse & Ref Bds 4.4% Due 2/15/12 | D | Interest | M | T | | | | | |
| 158. - Ennis Tex G.O. Ref & Impt Bds-OID 4.4% Due 8/1/12 | D | Interest | M | T | | | | | |
| 159. - Galveston Cnty Tex CTFS Oblig-OID 4.6% Due 2/1/13 | D | Interest | M | T | | | | | |
| 160. - Cedar Park Tex Util Sys Rev Bds-OID 4.625% Due 8/15/13 | C | Interest | M | T | | | | | |
| 161. - Allen Tex G.O. Bds-OID 4.6% Due 9/1/14 | D | Interest | M | T | | | | | |
| 162. - Travis Cnty Tex G.O. Rd Bds-OID 5.0% Due 3/1/19 | D | Interest | M | T | | | | | |
| 163. - Arlington Tex Wtr & Wastewater Rev Bds-OID 4.0% Due 6/1/15 | D | Interest | M | T | | | | | |
| 164. - Fort Bend Cnty Tex Perm Impt Bds 3.25% Due 9/1/10 | C | Interest | | | Matured | 09/10/10 | M | A | |
| 165. - La Porte Tex Indpt Sch Dist GO 3.875% Due 2/15/14 | C | Interest | | | Sold | 02/16/10 | M | | |
| 166. - Bank of America Cash Reserves Trust Class | A | Dividend | P1 | T | | | | | |
| 167. (formerly Columbia Cash Reserves Trust Class) | | | | | | | | | |
| 168. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section 1: The U.S. 183 Venture (the "Venture") is a joint venture in which I am one of several joint venturers; the Venture does not and did not engage in active business, and its sole function is and was ownership, related maintenance, leasing (and possible disposition) of a single tract of land (which was acquired in August 1982, is located in Travis County, Texas, and is and was essentially unimproved, except for tenant house, associated outbuildings, fences and the like) held as a passive investment; it had and has a "managing venturer," at all times a person other than myself; my relationship with it is and has been only as a passive investor.

Section VII, Line 61: Respecting all fractional overriding royalty interests (royalty interest #'s 1-10 & 12) in mineral leases as listed on pages 5, 6 and 7 (lines 33-61 of Section VII),■■■■ owns these interests and acquired them by inheritance many years ago and neither■■ nor I is or was a party to any of the leases (or assignments) or instruments creating the interests, and■■ interest is entirely passive; I do not consider that■■■■ (or I) has or had, by virtue of■■ ownership of these royalty interests, any financial interest in any entity making the royalty payments or being the mineral lessee or operator of the lease in question.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William L. Garwood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544